George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Dana M. Shafer*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Dana M. Shafer, | Case No.: 2:20-cv-01713-RFB-NJK |
| Plaintiff(s), | **Stipulation of dismissal of The Moore Law Group, A.P.C. with prejudice** |
| v. | |
| The Moore Law Group, A Professional Corporation, | |
| Defendant(s). | |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Dana M. Shafer and The Moore Law Group, A.P.C. stipulate to dismiss Plaintiff's claims against The Moore Law Group, A.P.C. with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: January 24, 2022.

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Dana M. Shafer*

**Gordon Rees Scully Mansukhani, LLP**

/s/ Sean Flynn
Sean Flynn, Esq.
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101
*Counsel for The Moore Law Group, A.P.C.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:  January 24, 2022

---